UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Cathy L. Waldor |
| v. | : Mag. No. 19-7363 |
| ADALID RAMIREZ-SILVA | : **CRIMINAL COMPLAINT** |

I, Matthew Herbert, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Task Force Officer with the Drug Enforcement Administration and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

Continued on the attached page and made a part hereof:

_____
Matthew Herbert, Task Force Officer
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,
July 26, 2019 in Newark, New Jersey

HONORABLE CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Judicial Officer

1

## ATTACHMENT A

On or about July 25, 2019, in Middlesex County, in the District of New Jersey and elsewhere, defendant

**ADALID RAMIREZ-SILVA**

did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

## ATTACHMENT B

I, Matthew Herbert, am a Task Force Officer with the Drug Enforcement Administration ("DEA"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and part. Because this Complaint is being submitted for the sole purpose of establishing probable cause to support the issuance of a complaint, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date and/or time, I am asserting that it took place on or about the date and/or time alleged.

1.  Since at least in or around July 2019, law enforcement has been investigating ADALID RAMIREZ-SILVA, through physical surveillance and interviews with witnesses, among other means, for distributing narcotics in the New Jersey area.

2.  On or about the afternoon of July 25, 2019, law enforcement was conducting surveillance on RAMIREZ-SILVA'S vehicle, a gray 2016 Honda Civic (the "Civic"). Law enforcement subsequently conducted a lawful motor vehicle stop on the Civic. At that time, RAMIREZ-SILVA provided written consent for law enforcement to search the Civic.

3.  A search of the Civic revealed approximately 562 grams of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"). The substance was field-tested and tested positive for the presence of fentanyl.

4.  RAMIREZ-SILVA subsequently provided written consent for law enforcement to search his residence, located in Philadelphia, Pennsylvania. A search of RAMIREZ-SILVA'S residence revealed an additional approximately 275 grams of suspected fentanyl.